UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: ROY G. JOHNSON, JR.,** | **CHAPTER 13** |
| **DEBTOR** | **CASE NO. 10-00132 SMT** |

**ROY G. JOHNSON, JR.,**

**MOVANT,**

**V.**

**BMW FINANCIAL SERVICES,**

**RESPONDENT**

**DEBTOR'S MOTON TO VALUE COLLATERAL AND TO AVOID SECURITY INTEREST**

  NOW COMES the above-named Debtor, by counsel, and respectfully requests that the Court value Debtor's vehicle at $ 19,000.00, and to avoid the remainder of the Respondent's lien over and above $ 19,000.00.

In support thereof, Debtor states the following;

1. Debtor filed the above-referenced case on February 16, 2010 in the United States Bankruptcy Court, District of Columbia.

2. Debtor would like permission to sell his 2006 BMW X5 3.0I to CarMax for $ 19,000.00. A copy of an offer to purchase Debtor received from CarMax is attached hereto and marked as Exhibit "A".

3. Debtor's Chapter 13 Plan has not yet been confirmed, although the Chapter 13 Trustee has recommended plan confirmation.

4. The Debtor intends to sell said vehicle, being an asset of the bankruptcy estate, free and clear of all encumbrances and liens pursuant to 11 U.S.C. Section 363(b), with any valid lien, claim or encumbrance attaching to the cash proceeds from the sale of that interest in order of priority.

5. There was no broker involved in the sale of the vehicle.

6. Debtor believes that a private sale brings a higher purchase price for said vehicle than an auction would have.

7. After the sale, the proceeds shall be delivered to BMW Financial Services, the only lienholder.

8. Debtor respectfully requests that the Court avoid the remaining balance over and above the $ 19,000.00 secured figure and to allow Debtor to treat same as a general unsecured claim through his Chapter 13 Plan.

WHEREFORE, Debtor respectfully requests that this Honorable Court value Debtor's 2006 BMW X5 3.0I at $ 19,000.00. Debtor also requests that this Honorable Court avoid the remainder of the balance due Respondent over and above the $ 19,000.00 and to allow the Debtor to treat same as a general unsecured creditor through his Chapter 13 Plan.

*Respectfully Submitted,*

Roy G. Johnson, Jr.

By Counsel,

/s/ William Markley, Esq.

Bar No. 979343

601 Pennsylvania Avenue, NW

Dated April 1, 2010          South Bldg, Suite 900

Washington, DC 20004

(202) 640-9455

**CERTIFICATE OF SERVICE**

I, William Markley, Esq., hereby certify that I have served a true copy of the above Motion, along with the attached Exhibit and Proposed Order, upon the following, by First Class Mail, postage prepaid and/or electronic service, on April 1, 2010;

Cynthia Niklas

Chapter 13 Trustee

4545 42nd Street NW

Suite 211

Washington, DC 20016

H. Tucker Dewey

For BMW Financial Services

Hale Dewey & Knight

88 Union Avenue, Suite 700

Memphis, TN 38103

Roy G. Johnson, Jr.

916 Blagden Alley

Washington, DC  20001

/s/ William Markley