# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF COLUMBIA

IN RE: ROY G. JOHNSON, JR.,                                    CHAPTER 13

DEBTOR                                                          CASE NO. 10-00132

ROY G. JOHNSON, JR.,

DEBTOR

V.

BMW FINANCIAL SERVICES NA,

RESPONDENT

**DEBTOR'S MOTION TO REDUCE THE PRE-PETITION ARREARS CLAIM OF BMW FINANCIAL SERVICES NA, TO DEEM BALANCE WITHDRAWN AND TO SET DATE FOR FILING UNSECURED CLAIM AND NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT**

NOW COMES the above-named Debtor, by counsel, and respectfully moves this Court to reduce the amount of the secured pre-petition arrears claim of BMW Financial Services NA filed herein on March 1, 2010 by its counsel, in the amount of $ 3480.34 to the amount paid, prior to, and pursuant to creditor's withdrawal of said claim by return/cancellation of distribution funds.

In support thereof, BMW Financial Services, NA has obtained relief from the automatic stay in the instant case allowing it to repossess and to sell at auction the Debtor's 2006 BMW.

WHEREFORE, the Debtor accordingly requests that said claim be reduced to the amount paid and the balance of said claim be deemed withdrawn, subject however, to the right of said creditor to file an unsecured claim, within 30 days after entry of an order, unless said creditor files for an extension prior to the expiration of said 30-day period.

Respectfully Submitted,

Roy G. Johnson, Jr.,

By Counsel,

/s/ William Markley, Esq.

601 Pennsylvania Avenue, NW

          South Building, Suite 900

          Washington, DC 20004

          (202) 640-9455

Dated 4/30/2010           Bar No. 979343

## **NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT TO MOTION TO REDUCE**

**PLEASE TAKE NOTICE THAT WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the Motion together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, DC 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.** The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial. Parties in interest with questions may contact the undersigned.

Dated April 30, 2010

## **CERTIFICATE OF SERVICE**

    I, William Markley, Esq., hereby certify that I have served a true copy of the above Motion and Notice and attached Proposed Order upon the Chapter 13 Trustee, the Debtor, and the following parties, by first class mail, postage prepaid and/or electronically, this 30th day of April, 2010;

BMW Financial Services NA

c/o Hale, Dewey & Knight PLLC

88 Union Avenue, Suite 700

Memphis, TN 38103

                                                  /s/ William Markley, Esq.

                                                  Bar No. 979343